FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
24 PM 2:23
DEPUTY CLERK

APPENDIX A
COMPLAINT FORMAT

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
Albany DIVISION

(Name of Plaintiff) :
Plaintiff :
vs.. :
(Name of Defendant(s)) :
Defendant :

Civil Action No. 1:05-CV-87 (WLS)

City of Albany Georgia Police Deptm.

## COMPLAINT

(Double space text of complaint)

**Now comes the above plaintiff and shows the Court the following:**

1.

2104 Tompkins ave Albany Georgia 31705

(Show plaintiff's residence or address.)

2.

(Show defendant(s) address(es).)

P.O. Box 447, Albany Ga 31702

417 Third ave. Albany Ga 31701

3.

(State briefly your legal claim or your reason for filing suit. Include the statute under which the suit is filed.)

APPENDIX A (Contd)
COMPLAINT FORMAT

4.

(Give a brief, concise statement of the specific facts involved in your case.)

Bill of Rights / Sex discrimination
Harrassment

5.

(State the relief you are requesting.)

$450,000

[signature]

(Signature and date)

2104 Tompkins ave E-7
Albany Ga 31705

(Address)

229-903-9836

(Phone Number) 349-0986

I am sorry this is not in order. Peggy Sorrows in the Governors office has the original.
5/9/05

Hey

Name is
LaTonya Hale:

I was admitted to Phoebe Memorial Hospital 2/05
I was suppose to rest and relax due to anxiety. I was taking Zoloft. After I arrived on the 4th floor, first lets go back to the emergency room. While waiting to see the doctor there was a man's voice behind the wall he called his self Bro. O'Connell, also a woman and a voice I recognized to

...or says I should leave
... lose I can't do anything
... the Government. But
... would the Government
... their resources on a single
... matter or welfare when they
... have first knowledge the
... I also lost my job
... because they kept coming
... Winn Dixie or Zebulon
... asking questions. They almost
... ... me I had aids and
... husband was dead in jail.

Also there was the
my sailskin, rosepink glasses.
Also Stephanie who was on 4st
floor at the time. Why did
all this happen and nobody
nurse took time to talk to
me or ask me to explain
why I came to the hospital.
Nurse let me see my treat
ment papers or contacted my
doctor. They even took my Picture.
229-903-9636 A Tangie Moore
2104 Tompkins ave Apt 7
Albany Ga 31705

Also told to Kingdom Hall
Brother Sister (Elder Pitts
J. Fredrick & Glover Family) I
also called Lawyer Bethel to
tell them what happened.
Tall to my parents Virginia
Jones, Eddie Moore & Lucy Moore
Janie Gibson, (grandmother).

La Tonya Moore

5/7/05

My head hurts all day on
right side. I always seem to
have headaches and hear
faint voices (thoughts). I
saw the grey from

5/8/05
Sunday 11:20

Saw 2 police cars private and
patrol car E8, I don't particularly
care I've done nothing wrong and
I just keeping aware of my
surroundings until we move.
My heart is up and my worker
feels I should move to North
side because its much quiter
and cleaner. The neighbors
were jealous of my and
how quiet I am, clean & cool
no guys running in and out.
Bible student, no smoking.
Disciplined children 18,
11, 6. Visited the police
several times they

I assigned to the 4th floor
where I recall being terrorized
by phony displays & I couldn't
and still don't understand
why I was not allowed to
take a shower and why my
religion was made to seem
unreal Jehovah's Witnesses.
they tried to make me
renounce my religious beliefs
by convincing me they were
really the FBI and my Family
was dead, my brother was in jail
my mom stole money. Etc.
A man came in my
[illegible]

a hat infront of me. These people sedated me very heavy with Gideon also shots trying to create a false paranoia. they wouldn't answer any of my questions about med ication or my doctor, why I couldn't shower and see my family. Also my phone calls were being monitored at home and the hospital. I constantly being made to feel threatened. There is so much that has happened even now and I'm home. False sounds, audio voices what is going on.

the hospital dackshia Black
male, blue cap, Acura Integra
old Prime Gray (3411 tag)
He didn't see me. I tried
contacting him before, he ran
away, would not answer phone.
I just wanted to ask questions.
What did these people do to
me and why are they trying
to cover it up!

Also we never felt alone in
our home we seem to have
alot of people knowing about
our personal habits
without our consent.

never appeared to show them
selves. Also there had been a
series of events concerning
my neighbors in E6-D Woods,
E-8 Rhonda Oaks when I
had called the police and FBI
several times to get help.
After a series of bad events
with them we started hearing
audio sounds coming from their
apartments and voices of people
we knew not to be connected
with them also a lot of T.V.
interference. Back to
at the hospital.

5/05

I want these people prosecuted to the fullest extent of the law for violating my human rights, privacy and taking up my time. They also spread rumors and tried to bring false accusations and phony questions. People keep warning me let it go.

LaTonya Moore

Some people pretend not to know as if their protecting me, but you can see it in their eyes and

the hospital dashshia Black
male, blue cap, Heavy Tintegro
old Prince Gray (3411 tag)
he didn't see me. I tried
contacting him before, he ran
away would not answer phone.
I just wanted to ask Questions.
What did these people do to
me and why are they trying
to cover it up!

Also we never felt alone in
our home we seem to have
alot of people knowing about
our personal habits
with our doors closed.

Also told to Kingdom Hall
Brothers Sisters (Elders Pitts
J. Frederick & Glover Family) I
also called Maxwell Bethel to
tell them what happened.
Talk to my parents Virginia
Jones, Eddie Moore & Lucy Moore
Janice Tabman, grandmother).

LaTonya Moore

5/7/05

My head hurts all day on
right side. I always seem to
have headaches and here
faint voices (thoughts). I
saw the guy from

statement or make a report.

LaTonya

I think they try to scare me from investigating all these incidents. I'd like to see everybody involved take a polygraph test and have a person from Capitol Hill J. Hoover the main FBI building administer it. I need a good lawyer.

LaTonya