IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LATONYA MOORE, | : | CIVIL ACTION NUMBER |
| Plaintiff, | : | 1:05-CV-87(WLS) |
| VS. | : | |
| CITY OF ALBANY, et al., | : | |
| Defendants. | : | |

**JUDGMENT**

Pursuant to this Court's Order filed March 27, 2009, and for the reasons stated therein, the City of Albany's Police Department Motion to Dismiss is GRANTED; Judgment is entered accordingly.

This 30th day of March, 2009.

GREGORY J. LEONARD, CLERK

BY:s/Brenda J. Littleton
Deputy Clerk